United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 14-17341-elf
Nicolas Santana                                                           Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2            User: DonnaR          Page 1 of 2          Date Rcvd: Sep 17, 2019
                               Form ID: 138NEW        Total Noticed: 19

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 19, 2019.
db             Nicolas Santana,    549 Swain Street,    Bristol, PA  19007-3520
13437988      +MIDFIRST BANK,    999 NorthWest Grand Boulevard,    Oklahoma City, OK 73118-6051
13390247      +Midland Mortgage Company,    Mid First Bank,    Attn: Bankruptcy,    PO Box 26648,
               Oklahoma City OK 73126-0648
13390249       Midland Mtg/Midfirst,    PO Box 268959,    Oklahoma City OK 73126-8959
13390253       Wells Fargo Bank,    PO Box 14517,    Des Moines IA  50306-3517
13390254       Wells Fargo Card Service,    1 Home Campus Fl 3,    Des Moines IA  50328-0001
13461433      +Wells Fargo Card Services,    1 Home Campus 3rd Floor,    Des Moines, IA 50328-0001

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: megan.harper@phila.gov Sep 18 2019 03:50:00     City of Philadelphia,
               City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
               Philadelphia, PA  19102-1595
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 18 2019 03:49:00
               Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
               Harrisburg, PA  17128-0946
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Sep 18 2019 03:49:50     U.S. Attorney Office,
               c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr            +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 18 2019 04:14:39
               PRA Receivables Management, LLC,    POB 41067,    NORFOLK, VA 23541-1067
13390243       E-mail/PDF: gecsedi@recoverycorp.com Sep 18 2019 03:58:21      Bill Me Later,    PO Box 105658,
               Atlanata GA  30348-5658
13390244       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Sep 18 2019 03:59:27      Cap One,
               PO Box 85520,    Richmond VA  23285-5520
13390245       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Sep 18 2019 04:00:53      Capital 1 Bank,
               Attn: Bankruptcy Dept.,    PO Box 30285,    Salt Lake City UT  84130-0285
13442900       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 18 2019 03:58:30
               Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
13390251       E-mail/PDF: cbp@onemainfinancial.com Sep 18 2019 03:59:16      Springleaf,    601 NW 2nd Street,
               Evansville IN  47708-1013
13409361       E-mail/PDF: cbp@onemainfinancial.com Sep 18 2019 03:59:17      Springleaf Financial,
               P.O. Box 3251,    Evansville, IN 47708
13401085      +E-mail/Text: bnc-bluestem@quantum3group.com Sep 18 2019 03:50:34      Webbank-Fingerhut,
               6250 Ridgewood Rd,    St. Cloud, MN 56303-0820
13390252       E-mail/Text: bnc-bluestem@quantum3group.com Sep 18 2019 03:50:34      Webbank/Fingerhut,
               6250 Ridgewood Road,    Saint Cloud MN  56303-0820
                                                                                          TOTAL: 12

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13455971*     ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
               (address filed with court: Portfolio Recovery Associates, LLC,    POB 41067,
               Norfolk, VA 23541)
                                                                          TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 19, 2019                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0313-2          User: DonnaR              Page 2 of 2              Date Rcvd: Sep 17, 2019
                             Form ID: 138NEW           Total Noticed: 19
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 17, 2019 at the address(es) listed below:

          DONALD  WILLIFORD   on behalf of Debtor Nicolas  Santana don.williford@comcast.net,
          donwilliford@comcast.net;G4082@notify.cincompass.com
          JOSHUA ISAAC GOLDMAN   on behalf of Creditor   MIDFIRST BANK bkgroup@kmllawgroup.com,
          bkgroup@kmllawgroup.com
          THOMAS I. PULEO   on behalf of Creditor   MIDFIRST BANK tpuleo@kmllawgroup.com,
          bkgroup@kmllawgroup.com
          United States Trustee   USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER, Esq.   ecfemails@phl3trustee.com,   philaecf@gmail.com
                                                                                   TOTAL: 5

***UNITED STATES BANKRUPTCY COURT***
***EASTERN DISTRICT OF PENNSYLVANIA***

---

In Re: Nicolas Santana

              Debtor(s)

Bankruptcy No: 14−17341−elf

Chapter: 13

---

### *NOTICE OF DEADLINES*

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

    1.  The Standing Chapter 13 Trustee has filed his final report and account.

☑    2. Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed **within 30 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

☑    3. Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing **within 14 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

    4. All objections must be filed with the Clerk at the following address:

900 Market Street
Suite 400
Philadelphia, PA 19107

    5. In the absence of any objection, the Court may approve the Trustee's Final Report and Account and enter the Order of Discharge.

For The Court
Timothy B. McGrath
Clerk of Court

Dated: 9/17/19

36 − 35
Form 138_new
